IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Conley, Thomas C

Printed: 02/24/09

Case Number:  05 B 24352

Judge:  Goldgar, A. Benjamin

Filed:  6/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  June 17, 2008

Confirmed:   August 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 61,813.24 |  |
| Secured: |  | 52,707.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,129.25 |
| Other Funds: |  | 3,276.40 |
| Totals: | 61,813.24 | 61,813.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 50,251.92 | 46,596.19 |
| 3. | Wells Fargo Home Mortgage | Secured | 9,311.26 | 6,111.40 |
| 4. | Fast Cash Advance | Unsecured | 403.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 61.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 87.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,844.06 | 0.00 |
| | | | $ 64,658.24 | $ 55,407.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,046.10 |
| 5% | 286.69 |
| 4.8% | 511.09 |
| 5.4% | 1,072.39 |
| 6.5% | 212.98 |
| | $ 3,129.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Conley, Thomas C

Printed: 02/24/09

Case Number:  05 B 24352

Judge:  Goldgar, A. Benjamin

Filed:  6/20/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: